ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934
(559) 784-3431

**Attorneys for Appellant**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| BARBARA LINKER, | CASE NO: CIV-F 05-0810 AWI DLB |
| Appellent, | |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Appellant's Opening Brief be extended from February 16, 2006 to March 18, 2006.

/ / / / /                                                                                         \ \ \ \ \

This is the Appellant's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

/s/ Robert D. Christenson

Dated:  February 14, 2006         ROBERT D. CHRISTENSON
Attorney for Plaintiff


Dated:  February 14, 2006         **McGREGOR W. SCOTT**
United States Attorney


/s/ Kimberly A. Gaab /sjm
_____
**KIMBERLY A. GAAB**
Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   **February 16, 2006**           **/s/ Dennis L. Beck**
3c0hj8                          UNITED STATES MAGISTRATE JUDGE