```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  2500 Tulare Street, Ste. 4401
    Fresno, CA 93720
 4  Telephone Number (559) 497-4036
    Attorneys for Defendant
 5
 6
                IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                      EASTERN DISTRICT OF CALIFORNIA
 8
 9  BARBARA LINKER,            )   1:05-cv-0810 DLB
                               )
10             Plaintiff,      )   STIPULATION AND
                               )   ORDER TO EXTEND
11          v.                 )   TIME
                               )
12  JO ANNE B. BARNHART,       )
    Commissioner of Social     )
13  Security,                  )
                               )
14             Defendant.      )
    _____)
15
```

16      The parties, through their respective counsel, stipulate that

17 the time for filing defendant's opposition to plaintiff's opening

18 brief be extended from April 17, 2006 to May 17, 2006.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1  This is defendant's first request for an extension of time to
2  file a response to plaintiff's opening brief.  Defendant needs the
3  additional time to further review the file and prepare a response in
4  this matter.

5                                         Respectfully submitted,

7  Dated: April 14, 2006            /s/ Robert D. Christenson
                                    (As authorized via facsimile)
8                                   ROBERT D. CHRISTENSON
                                    Attorney for Plaintiff

11 Dated: April 14, 2006            McGREGOR W. SCOTT
                                    United States Attorney

13                                  /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
14                                  Assistant U.S. Attorney

         IT IS SO ORDERED.

         **Dated:   April 25, 2006**              **/s/ Dennis L. Beck**
17  9b0hie                                    UNITED STATES MAGISTRATE JUDGE